

# UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF LOUISIANA
### OFFICE OF THE CLERK

**Michael L. McConnell**  **Telephone: 225-389-3500**
**Clerk of Court**  **Facsimile: 225-389-3501**

November 19, 2019

John W. Nichols
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal Judiciary Building
Room G-255, North Lobb
Washington, D.C. 20002-8004

Re:   Civil Action 3:19-cv-00795-SDD-RLB
      Edwards v. AmerisourceBergon Drug Corporation et al

Dear Sir:

Enclosed please find a docket sheet, civil cover sheet and a copy of the Removal filed in the above captioned case. This is a potential multi-district litigation case.

                                Sincerely,
                                Michael L. McConnell
                                Clerk of Court

                                By: _____
                                Deputy Clerk

Enclosure
Docket Sheet
Civil Cover Sheet
Removal